UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINFORD CUTHKELVIN,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | No. CV 13-5655 FFM<br><br>JUDGMENT |

    In accordance with the Memorandum Decision and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: December 9, 2014

                                                                /S/ FREDERICK F. MUMM
                                                                 FREDERICK F. MUMM
                                                          United States Magistrate Judge